Certificate Number: 17572-TXN-DE-041593988

Bankruptcy Case Number: 26-44706

17572-TXN-DE-041593988

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 1:39 o'clock PM PDT, Sherry Newton completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: October 23, 2026

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor