United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-44706-mxm

Sherry Marie Newton Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2

Date Rcvd: Oct 31, 2026 Form ID: 309A Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherry Marie Newton, 3251 Portales Court Apt C, Fort Worth, TX 76116-6169 |
| 23567591 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23567593 | + | Hunter Park Equity Enterprises LLC, 8144 Walnut Hill Ln. Ste. 1080, Dallas, TX 75231-4344 |
| 23567597 | | Linebarger Goggan Blair & Sampson, LLP, 1101 W 120th Ave. Suite 215, Broomfield, CO 80021 |
| 23567598 | + | Member Preferred Credit Union, 340 Blue Mound Road, Saginaw, TX 76131-1051 |
| 23567603 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23567595 | ++ | TARRANT COUNTY HOSPITAL DISTRICT, ATTN PATIENT FINANCIAL SERVICES, 1400 S MAIN STREET SUITE 300, FORT WORTH TX 76104-4923 address filed with court:, JPS Health Network, Attn: Billing Dept., 1500 S Main Street, Fort Worth, TX 76104 |
| 23567605 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Oct 31 2026 21:16:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FRBNEWHOUSE | Nov 01 2026 00:59:00 | Roddrick Newhouse, 401 Century Pkwy, Unit 715, Allen, TX 75013-8043 |
| 23567583 | ^ | MEBN | Oct 31 2026 21:10:58 | ARS National Service Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 23567584 | ^ | MEBN | Oct 31 2026 21:10:50 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23567585 | + | EDI: BANKAMER | Nov 01 2026 00:59:00 | Bank of America, 4909 Savarese Circle FL1-908-01-50, Tampa, FL 33634-2413 |
| 23567586 | | EDI: TSYS2 | Nov 01 2026 00:59:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 23567587 | + | Email/Text: ljalovec@belaw.com | Oct 31 2026 21:17:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23567588 | + | EDI: CAPITALONE.COM | Nov 01 2026 00:59:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23567589 | + | EDI: CITICORP | Nov 01 2026 00:59:00 | Citibank, PO Box 790046, St. Louis, MO 63179-0046 |
| 23567590 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2026 21:13:46 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 23567592 | + | EDI: DISCOVER | Nov 01 2026 00:59:00 | Discover/Capital1, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23567594 | | EDI: IRS.COM | Nov 01 2026 00:59:00 | Internal Revenue Service, PO Box 7346, |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 23567596 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 31 2026 21:17:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23567599 | + | Email/Text: Mercury@ebn.phinsolutions.com | Oct 31 2026 21:16:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 23567600 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 31 2026 21:13:39 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 23567601 | + | Email/Text: emccain@pbfcm.com | Oct 31 2026 21:17:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23567602 | + | Email/Text: pcabkt@phillips-cohen.com | Oct 31 2026 21:16:00 | Phillips & Cohen Associates LLC, 1002 Justison St., Wilmington, DE 19801-5148 |
| 23567604 | | Email/Text: pacer@cpa.state.tx.us | Oct 31 2026 21:17:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23567606 | + | Email/Text: bcd@oag.texas.gov | Oct 31 2026 21:16:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23567607 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 31 2026 21:18:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23567608 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 31 2026 21:17:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23567609 | + | EDI: UMBFINANCIAL.COM | Nov 01 2026 01:00:00 | UMB Financial Corporation, 1010 Grand Boulevard, Kansas City, MO 64106-2225 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Sherry Marie Newton<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–1722 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: | 7 10/22/26 |
| Case number: | 26–44706–mxm7 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sherry Marie Newton | |
| 2. | **All other names used in the last 8 years** | aka Sherry Baker Newton | |
| 3. | **Address** | 3251 Portales Court Apt C<br>Fort Worth, TX 76116 | |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br>Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Roddrick Newhouse<br>401 Century Pkwy<br>Unit 715<br>Allen, TX 75013 | Contact phone 469–777–6560 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 10/22/26 |
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 17, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 813 822 9351, and Passcode 9957098007, OR call 1–469–784–9078**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/16/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |